UNITED STATES of America,
Plaintiff–Appellee

v.

Antonio ANDRADE, also known as
Antonio Andrade Bojorquez,
Defendant–Appellant.

No. 07–11078
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 18, 2009.

Daniel D. Guess, U.S. Attorney's Office Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

Antonio Andrade, Seagoville, TX, pro se.

Before HIGGINBOTHAM, DAVIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Antonio Andrade has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Andrade has filed a response. Our independent review of the record, counsel's brief, and Andrade's response discloses no non-frivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the AP-PEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

